JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJID ESHAGHI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT<br><br>　　　　　Defendant. | Case No.: 2:21-cv-09035-SSS-JPRx<br><br>**JUDGMENT IN CIVIL CASE** |

On May 2, 2024, the Court issued its Order [ECF #56] denying the Motion for Summary Judgment filed by Plaintiff Majid Eshaghi ("Plaintiff") [ECF #36] and granting the Motion for Summary Judgment filed by Defendant United States Office of Personnel Management [ECF #38]. The issues having been heard and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Judgment is entered for Defendant, and against Plaintiff, on Plaintiff's sole cause of action for relief under the Administrative Procedures Act, 5 U.S.C. § 706.

Dated: May 14, 2024

_____
SUNSHINE S. SYKES
United States District Judge